SOUTHERN RAILWAY COMPANY *et al.* v. JACKSON.

ATKINSON, J. 1. If a woman exercising ordinary care in walking across a railroad-track at a street-crossing in a city, attended by her two small children, discovers that she is about to be run down by an engine approaching the crossing in a grossly negligent manner, and leaps from the track and falls to the ground, and one of her children is run down and mangled by the engine in her presence, and the woman on account o the fall sustains a shock and endures pain and suffering therefrom, she has a right of action for the wrong to herself. The petition was not subject to general demurrer.

2. But if the woman, having crossed the railroad track, did not leap and fall or sustain any personal injury, the fact that she witnessed the mangling of the child and became frightened and suffered a severe nervous shock therefrom would not entitle her to a recovery. *Goddard* v. *Watters,* 14 *Ga. App.* 722 (82 S. E. 304); *Sanderson v. Nor. Pac. Ry.* Co., 88 Minn. 162 (92 N. W. 542, 60 L. R. A. 403, 97 Am. St. R. 509); *Huston* v. *Freemansburg,* 212 Pa. 548 (61 Atl. 1022, 3 L. R. A. (N. S.) 49,

68); C. & O. R. Co. v. Robinett, 151 Ky. 778 (152 S. W. 976, 45 L. R. A. (N. S.) 433, 445); Conley v. United Drug Co., 218 Mass. 238 (105 N. E. 975, L R. A. 1915D, 830, 833). See also Sappington v. A. & W. P. R. Co., 127 Ga. 178 (56 S. E. 311).

(a) Applying the foregoing principles to the uncontradicted evidence, a verdict for the plaintiff was unauthorized.

(b) Certain portions of the charge upon which error was assigned were contrary to the rulings herein announced; and the judge also erred in refusing certain requests to charge which properly embodied the principles stated.          Judgment reversed. All the Justices concur.
                                              DECEMBER 12, 1916.

Action for damages. Before Judge Searcy. Fayette superior court. January 15, 1916.

Battle & Hollis and J. W. Culpepper, for plaintiffs in error.

J. W. Wise and E. J. Reagan, contra.

